**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date:  October 28, 2013 |
| Court Reporter: | Therese Lindblom | |
| Probation Officer: | Gary Kruck | |
| Interpreter: | N/A | |

Criminal Action No.   **12-cr-00100-MSK**

*Parties*:                                                                                       *Counsel*:

UNITED STATES OF AMERICA,                                  Mark J. Barrett

       Plaintiff,

v.

**1.  RANDY GOODWIN**,                                               Robert J. Driscoll

       Defendant.

_____

**SENTENCING MINUTES**
_____

**1:01 p.m.**        **Court in session**.

Defendant present in custody.

**Change of Plea Hearing on March 18, 2013.  Defendant pled guilty to counts 1 and 2 of the Indictment.**

Allocution. - Statements made by: defense counsel, counsel for the Government, and by the defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument is made by counsel.

**ORDER:**        Government's Motions for 10% Reduction from the Lowest End of the Defendant's Otherwise Applicable Guideline Range [ECF Doc. No. 51], filed August 2, 2013, is **GRANTED.**

**ORDER:**        Defendant's Motion for Variance from Guideline Sentence [ECF Doc. No. 54], filed September 17, 2013, is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

**ORDER:** Defendant is **REMANDED** to the custody of the United States Marshal for the District of Colorado.

**1:31 p.m.**     **Court in recess.**

**Total Time: :30**
Hearing concluded.